IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| WESLEY FOUST-GRAHAM GOODWIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:15CV458 |
| | ) | |
| SUSAN KELLY GOODWIN CLARK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On December 1, 2015, the United States Magistrate Judge's Recommendation was filed and Notice was served on the parties pursuant to 28 U.S.C. § 636. (ECF Nos. 12, 13.) Plaintiff filed Objections (ECF No. 14) within the time limit prescribed by Section 636. The Court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation (ECF No. 12), which is hereby affirmed and adopted.

IT IS THEREFORE ORDERED that Plaintiff's Rule 59(e) Motion (ECF No. 11) is DENIED.

This, the 28th day of December, 2015.

　　　　　　　　　　　　　　　　　　　　/s/ Loretta C. Biggs
　　　　　　　　　　　　　　　　　　　United States District Judge